IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCARIE ET AL, | |
| Plaintiff, | No. C 12-01572 JSW |
| v. | **ORDER OF REASSIGNMENT** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendants. | |
| _____ / | |

Pursuant to Northern District Civil Local Rule 3-2(h), the Court finds that this civil action is properly venued in the San Jose Division. *See* N.D. Civ. L.R. 3-2(e). Accordingly, the Court HEREBY ORDERS this case transferred to a United States District Judge in the San Jose Division, subject to the provisions of the Court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: April 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE