United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASCARIE ET AL,

Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendants.
_______________________________________/

No. C 12-01572 JSW

**ORDER VACATING ORDER OF REASSIGNMENT**

On April 27, 2012, this Court issued an Order directing that this matter be transferred to a United States District Judge in the San Jose Division, subject to the provisions of the Court's Assignment Plan. The Court HEREBY VACATES that Order and retains this matter.

It is FURTHER ORDERED that the parties shall appear for an initial case management conference scheduled on July 13, 2012, at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties are HEREBY ORDERED to comply with the requirements of the Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, issued on April 23, 2012.

**IT IS SO ORDERED.**

Dated: April 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California