MORGAN, FRANICH, FREDKIN & MARSH
ANTHONY MARSH (State Bar No. 83715)
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs
SHAYON ASCARIE; MICHAEL ASCARIE;
SHADI ASCARIE; and MAHMOUD ASCARIE

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
PHILIP H. BEHRENS (State Bar No. 283538)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHAMOUD ASCARIE, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100, <br><br> Defendants. | Case No. CV 12 1572 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Removal Filed: March 29, 2012 |

Plaintiffs SHAYON ASCARIE, MICHAEL ASCARIE, SHADI ASCARIE and MAHMOUD ASCARIE ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendants") (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on April 23, 2012, in its Notice of Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, the Court set the case

1 management conference for July 13, 2012, at 1:30 pm;

2 WHEREAS, the order requires that lead counsel for the parties appear in person for the
3 case management conference;

4 WHEREAS, lead counsel for Defendant has a hearing on a motion to dismiss a class
5 action that relates to five other class actions on that same day;

6 WHEREAS, the Parties have met and conferred, and Plaintiffs do not object to
7 rescheduling the case management conference;

8 WHEREAS the parties respectfully request that the case management conference be
9 continued to July 20, 2012, at 1:30 pm.

10

11 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

12 The case management conference for this case shall be continued to July 20, 2012, at 1:30
13 pm.

14 DATED: July 9, 2012         LAFAYETTE & KUMAGAI LLP

15
16                              _____
                                GARY T. LAFAYETTE
17                              PHILIP H. BEHRENS
                                Attorneys for Defendant
18                              NATIONWIDE MUTUAL INSURANCE
                                COMPANY
19
20 DATED: July 9, 2012         MORGAN, FRANICH, FREDKIN & MARSH

21                              _____
22                              ANTHONY MARSH
                                Attorneys for Plaintiffs
23                              SHAYON ASCARIE, MICHAEL ASCARIE,
                                SHADI ASCARIE and MAHMOUD ASCARIE
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
(Case No. CV 12 1572 JSW)

2

# [PROPOSED] ORDER

The case management conference for this case shall be continued to July 20, 2012, at 1:30 pm.

IT IS SO ORDERED.

Dated: __July 9__, 2012

_____
HONORABLE JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
(Case No. CV 12 1572 JSW)

3