MORGAN, FRANICH, FREDKIN & MARSH
ANTHONY MARSH (State Bar No. 83715)
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiffs
SHAYON ASCARIE; MICHAEL ASCARIE;
SHADI ASCARIE; and MAHMOUD ASCARIE

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
PHILIP H. BEHRENS (State Bar No. 283538)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHAMOUD ASCARIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. CV 12 1572 JSW<br><br>**JOINT DECLINATION FOR REASSIGNMENT TO A MAGISTRATE JUDGE**<br><br>Removal Filed: March 29, 2012 |

Plaintiffs SHAYON ASCARIE, MICHAEL ASCARIE, SHADI ASCARIE and MAHMOUD ASCARIE ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendants") (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on July 20, 2012, at the Case Management Conference, the Court ordered the parties to confer with their clients and submit a joint consent/declination for reassignment to

JOINT DECLINATION FOR REASSIGNMENT TO A MAGISTRATE JUDGE (CASE NO. CV 12 1572 JSW)

1

a Magistrate Judge for All Purposes by July 27, 2012.

WHEREAS, the parties do not consent to reassignment to a Magistrate Judge for All Purposes.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The parties decline reassignment to a Magistrate Judge for All Purposes.

DATED: July 27, 2012  LAFAYETTE & KUMAGAI LLP

_____
GARY T. LAFAYETTE
PHILIP H. BEHRENS
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: July 27, 2012  MORGAN, FRANICH, FREDKIN & MARSH

_____
ANTHONY MARSH
Attorneys for Plaintiffs
SHAYON ASCARIE, MICHAEL ASCARIE,
SHADI ASCARIE and MAHMOUD ASCARIE

# [PROPOSED] ORDER

This case will not be assigned to a Magistrate Judge for All Purposes.
The Court notes that an Order was not required. The parties merely needed to file a joint notice of their intent.

IT IS SO ORDERED.

Dated: July 30, 2012

_____
HONORABLE JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT