# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | Case No: 3:12-cv-01572 JSW (NC)<br><br>**NOTICE OF REFERRAL** |

The joint discovery letter brief and all discovery disputes have been referred to this Court by District Judge Jeffrey S. White.

The Court sets a discovery hearing for October 10, 2012, at 10:00 a.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: October 5, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge