1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| SHAYON ASCARIE, et al., | Case No. 12-cv-01572 JSW (NC) |
|---|---|
| Plaintiffs, | |
| v. | **MINUTE ORDER ON DISCOVERY LETTER BRIEF** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | Re: Dkt. Nos. 41, 41-1 |
| Defendant. | |

The Court GRANTS the stipulated protective order, Dkt. No. 41. The Court also GRANTS the parties' proposed deposition schedule. The Court DENIES the joint request that counsel be excused from conferring in person over any future discovery disputes. The Court notes that counsel will be present together for numerous depositions in the coming months. These depositions present an opportunity for direct communication without any additional burden.

IT IS SO ORDERED.

DATED: October 17, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-01572 JSW (NC)
ORDER RE DISCOVERY
LETTER BRIEF