IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYON ASCARIE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No.  C 12-01572 JSW<br><br>**ORDER DENYING AS MOOT REMAINDER OF DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

  The Court has received and considered Defendant's motion for relief from the Order issued by Magistrate Judge Cousins, dated December 13, 2012, resolving certain discovery disputes in this matter, and it has considered the parties' papers with regard to that portion of the Order relating to the issue of costs and fees pertaining to producing Marla Sharlow for deposition.  Plaintiffs have stated they incurred no fees and costs.  Because the Court finds the issue moot, it declines to set aside or modify Judge Cousins' order.

  **IT IS SO ORDERED.**

Dated: January 23, 2013

                        _____
                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE