LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
JESPER I. RASMUSSEN (State Bar No. 121001)
PHILIP H. BEHRENS (State Bar No. 283538)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY


MORGAN, FRANICH, FREDKIN & MARSH
ANTHONY MARSH (State Bar No. 83715)
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiffs
SHAYON ASCARIE; MICHAEL ASCARIE;
SHADI ASCARIE; and MAHMOUD ASCARIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHAMOUD ASCARIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. CV 12 1572 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: ADR SELECTION** |

Plaintiffs SHAYON ASCARIE, MICHAEL ASCARIE, SHADI ASCARIE and MAHMOUD ASCARIE ("Plaintiffs") and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendant") (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on March 6, 2013, the Parties participated in an ADR phone conference with

Howard A. Herman, Director of the Northern District ADR Program;

WHEREAS, the Parties have met and conferred and agreed to participate in a hybrid Early Neutral Evaluation and Mediation form of ADR;

WHEREAS, the Parties agree that the hybrid ADR shall ideally take place before the end of March 2013, but no later than the third week of April, 2013;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The Parties will participate in a hybrid ENE/Mediation ADR no later than April 16, 2013.

DATED: March 7, 2013              LAFAYETTE & KUMAGAI LLP

_____
GARY T. LAFAYETTE
JESPER I. RASMUSSEN
PHILIP H. BEHRENS
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: March 6, 2013              MORGAN, FRANICH, FREDKIN & MARSH

_____
ANTHONY MARSH
Attorneys for Plaintiffs
SHAYON ASCARIE, MICHAEL ASCARIE,
SHADI ASCARIE and MAHMOUD ASCARIE

JOINT STIPULATION RE: ADR SELECTION
(Case No. CV 12 1572 JSW)

2

# [PROPOSED] ORDER

The Parties shall participate in a hybrid ENE/Mediation ADR no later than April 16, 2013.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
HONORABLE JUDGE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

JOINT STIPULATION RE: ADR SELECTION
(Case No. CV 12 1572 JSW)

3