ANTHONY MARSH, ESQ. (SBN 83715)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
Email: tmarsh@mffmlaw.com

Attorneys for Plaintiffs, SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHMOUD ASCARIE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHMOUD ASCARIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. CV 12 1572 JSW<br><br>**ORDER ADVANCING HEARING DATE FOR PLAINTIFFS' COUNSEL' MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to stipulation of counsel and good cause therefore,

**IT IS HEREBY ORDERED** that The hearing date for the Motion to withdraw of Anthony Marsh and his law firm, Morgan, Franich, Fredkin & Marsh, attorneys for Plaintiffs, SHAYON ASCARIE, MICHAEL ASCARIE, SHADI ASCARIE, and MAHMOUD ASCARIE, currently set for May 10, 2013, is advanced to April 12, 2013

Dated: April _1_, 2013      If Defendants intend to oppose the motion to withdraw, they shall file their opposition brief by April 5, 2013. Plaintiffs may file a reply by April 8, 2013.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

1

ORDER ADVANCING HEARING DATE FOR MOITON TO WITHDRAW
(Ascarie v Nationwide, CV 12 1572 JSW)