**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    SHAYON ASCARIE, et al.,

10            Plaintiffs,                          No.  C 12-01572 JSW

11       v.                                         **ORDER GRANTING MOTION TO**
                                                     **WITHDRAW AS COUNSEL**
12   NATIONWIDE MUTUAL INSURANCE
     COMPANY,
13
              Defendant.
14
     _____/
15

16        The Court has received and considered Plaintiffs' motion to withdraw as counsel.

17   Defendants have not filed an opposition to the motion.  In light of the fact that Defendant has

18   not objected, and the Court is satisfied that counsel has shown good cause for his request to

19   withdraw, the motion is GRANTED.  However, the Court HEREBY ADVISES all parties that

20   it will not tolerate any delays in this case as a result of the fact that Plaintiffs have chosen to

21   proceed *pro se*.

22        **IT IS SO ORDERED.**

23   Dated: April 9, 2013                          _____
                                                     JEFFREY S. WHITE
24                                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASCARIE ET AL et al,

          Plaintiff,

  v.

NATIONWIDE MUTUAL INSURANCE
COMPANY et al,

          Defendant.

                                 /

Case Number: CV12-01572 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Ascarie
Sharon Ascarie
Michael Ascarie
100 Empey Way
San Jose, CA 95128

Dated: April 9, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk