IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAYON ASCARIE, et al.,

    Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.

_____/

No. C 12-01572 JSW

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The Court has received and considered Plaintiffs' motion to withdraw as counsel. Defendants have not filed an opposition to the motion. In light of the fact that Defendant has not objected, and the Court is satisfied that counsel has shown good cause for his request to withdraw, the motion is GRANTED. However, the Court HEREBY ADVISES all parties that it will not tolerate any delays in this case as a result of the fact that Plaintiffs have chosen to proceed *pro se*.

**IT IS SO ORDERED.**

Dated: April 9, 2013

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCARIE ET AL et al, | Case Number: CV12-01572 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Ascarie
Sharon Ascarie
Michael Ascarie
100 Empey Way
San Jose, CA 95128

Dated: April 9, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk