# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

SHARON ASCARIE, et al.,

    Plaintiffs,

    v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendant.

_____/

No. C 12-1572 JSW MED

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: April 17, 2013
Mediator: Stephen Schrey

IT IS HEREBY ORDERED that the request to excuse plaintiffs Shayon Ascarie, Michael Ascarie and Shadi Ascarie from appearing in person at the April 17, 2013, mediation session before Stephen Schrey is GRANTED in part and DENIED in part as follows: Per the parties' agreement, plaintiffs Mahmoud Ascarie and Michael Ascarie shall attend the session in person; plaintiff Shayon Ascarie shall appear in person at the mediation provided that his partner has not gone into labor (in which case, he is excused from attending the mediation); and plaintiff Shadi Ascarie is excused from appearing in person at the mediation but will participate telephonically in the session unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 12, 2013

Dated

By: _____
Maria-Elena James
United States Magistrate Judge