UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SHARON ASCARIE, et al., | No. C 12-1572 JSW MED |
| Plaintiffs, | **ORDER RE: ATTENDANCE AT MEDIATION** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | Date: April 17, 2013<br>Mediator: Stephen Schrey |
| Defendant. | |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Shayon Ascarie, Michael Ascarie and Shadi Ascarie from appearing in person at the April 17, 2013, mediation session before Stephen Schrey is GRANTED in part and DENIED in part as follows: Per the parties' agreement, plaintiffs Mahmoud Ascarie and Michael Ascarie shall attend the session in person; plaintiff Shayon Ascarie shall appear in person at the mediation provided that his partner has not gone into labor (in which case, he is excused from attending the mediation); and plaintiff Shadi Ascarie is excused from appearing in person at the mediation but will participate telephonically in the session unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

April 12, 2013    By: _____
Dated                    Maria-Elena James
                         United States Magistrate Judge