UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 12-cv-01572 JSW (NC) <br><br> **ORDER RE: DISCOVERY LETTERS** <br><br> Re: Dkt. Nos. 76, 77, 78 |

This case was referred to this Court for all discovery purposes. *See* Dkt. No. 38. The Court has received three letters, Dkt. Nos. 76, 77, 78, filed on April 22, 2013 by plaintiffs proceeding pro se. The letters do not appear to seek any relief from the Court. The Court notes that communications between plaintiffs and defendant's counsel should not be filed with the Court unless pursuant to a Court order, or in connection with a properly submitted request for relief from the Court. If the parties have a dispute regarding discovery, they must meet and confer in an attempt to resolve their disagreement before submitting their dispute to the Court. If, after meeting and conferring, the parties are unable to resolve their dispute, they may submit a joint discovery letter brief in accordance with the Court's standing order, specifying, among other things, the relief sought from the Court. *See* Mag. Judge N. Cousins, Civil Standing Order, updated Aug. 24, 2012 (copy attached).

Case No. 12-cv-01572 JSW (NC)
ORDER RE: DISCOVERY LETTERS

1  For additional guidance, plaintiffs may refer to the Court's Pro Se Handbook, available on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-9000 x8657.

Docket entry No. 77 is ordered denied without prejudice for failure to comply with the Court's standing order.

IT IS SO ORDERED.

Date: April 25, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge