LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
JESPER I. RASMUSSEN (State Bar No. 121001)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHAMOUD ASCARIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. CV 12 1572 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P., RULE 41<br><br>Complaint filed: February 23, 2012 |

IT IS HEREBY STIPULATED, by and between plaintiffs Mahmoud Ascarie, Shayon Ascarie, Michael Ascarie and Shadi Ascarie, and defendant Nationwide Mutual Insurance Company through its counsel of record herein, that this action be and hereby is dismissed in its

//

//

//

1 entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
2 All parties are to bear their own attorneys' fees and costs.

4 DATED: May ___, 2013

_____
Plaintiff MAHMOUD ASCARIE

6 DATED: May ___, 2013

_____
Plaintiff SHADI ASCARIE

*My Second Dismisal form*

9 DATED: May 16, 2013

Plaintiff SHAYON ASCARIE

12 DATED: May ___, 2013

_____
Plaintiff MICHAEL ASCARIE

14 DATED: May ___, 2013

LAFAYETTE & KUMAGAI LLP

_____
GARY T. LAFAYETTE
JESPER I. RASMUSSEN
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

**ORDER**

Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be, and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys' fees and costs.

Dated: _____, 2013

_____
THE HONORABLE JUDGE JEFFERY S. WHITE
UNITED STATES DISTRICT COURT

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1  entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
2  All parties are to bear their own attorneys' fees and costs.

3

4  DATED: May ___, 2013

                               Plaintiff MAHMOUD ASCARIE

*[Handwritten note: "This is the third dismissal form. I fax all again to be filed, thanks."]*

6  DATED: May 13, 2013

                               *[signature: Shadi Ascarie]*
7                                 Plaintiff SHADI ASCARIE

9  DATED: May ___, 2013

                               Plaintiff SHAYON ASCARIE

11  DATED: May ___, 2013

                               Plaintiff MICHAEL ASCARIE

14  DATED: May ___, 2013                  LAFAYETTE & KUMAGAI LLP

                               GARY T. LAFAYETTE
                               JESPER I. RASMUSSEN
                               Attorneys for Defendant
                               NATIONWIDE MUTUAL INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be, and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys' fees and costs.

Dated: _____, 2013

                               THE HONORABLE JUDGE JEFFERY S. WHITE
                               UNITED STATES DISTRICT COURT

*[Left margin: LAFAYETTE & KUMAGAI LLP, ATTORNEYS AT LAW, 100 SPEAR STREET, SUITE 600, SAN FRANCISCO, CALIFORNIA 94105, (415) 357-4600, FAX (415) 357-4605]*

entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All parties are to bear their own attorneys' fees and costs.

DATED: May 6, 2013

*[signature] I end this nightmare Thanks Jesper & Gary*
Plaintiff MAHMOUD ASCARIE

DATED: May ___, 2013

Plaintiff SHADI ASCARIE

DATED: May 6, 2013

Plaintiff SHAYON ASCARIE

DATED: May 6, 2013

*[signature]*
Plaintiff MICHAEL ASCARIE

DATED: May 17, 2013

LAFAYETTE & KUMAGAI LLP

*[signature]*
GARY T. LAFAYETTE
JESPER I. RASMUSSEN
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be, and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys' fees and costs.

Dated: May 17, 2013

*[signature]*
THE HONORABLE JUDGE JEFFERY S. WHITE
UNITED STATES DISTRICT COURT