<table>
<tr><td>1</td><td>LAFAYETTE & KUMAGAI LLP<br>GARY T. LAFAYETTE (State Bar No. 088666)</td></tr>
<tr><td>2</td><td>JESPER I. RASMUSSEN (State Bar No. 121001)<br>100 Spear Street, Suite 600</td></tr>
<tr><td>3</td><td>San Francisco, California 94105<br>Telephone:   (415) 357-4600</td></tr>
<tr><td>4</td><td>Facsimile:    (415) 357-4605</td></tr>
</table>

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAYON ASCARIE; MICHAEL ASCARIE; SHADI ASCARIE; and MAHAMOUD ASCARIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. CV 12 1572 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P., RULE 41<br><br>Complaint filed: February 23, 2012 |

IT IS HEREBY STIPULATED, by and between plaintiffs Mahmoud Ascarie, Shayon Ascarie, Michael Ascarie and Shadi Ascarie, and defendant Nationwide Mutual Insurance Company through its counsel of record herein, that this action be and hereby is dismissed in its

//

//

//

entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All parties are to bear their own attorneys' fees and costs.

DATED: May ___, 2013

_____
Plaintiff MAHMOUD ASCARIE

DATED: May ___, 2013

_____
Plaintiff SHADI ASCARIE

*My Second Dismissal form*

DATED: May 16, 2013

_____
Plaintiff SHAYON ASCARIE

DATED: May ___, 2013

_____
Plaintiff MICHAEL ASCARIE

DATED: May ___, 2013

LAFAYETTE & KUMAGAI LLP

_____
GARY T. LAFAYETTE
JESPER I. RASMUSSEN
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**ORDER**

Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be, and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys' fees and costs.

Dated: _____, 2013

_____
THE HONORABLE JUDGE JEFFERY S. WHITE
UNITED STATES DISTRICT COURT

1 entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2 All parties are to bear their own attorneys' fees and costs.

3

4 DATED: May ___, 2013

_____
Plaintiff MAHMOUD ASCARIE

*This is the third dismissal form. I fax all again to be filed, thanks.*

5

6 DATED: May 13, 2013

_____
Plaintiff SHADI ASCARIE

7

8

9 DATED: May ___, 2013

_____
Plaintiff SHAYON ASCARIE

10

11 DATED: May ___, 2013

_____
Plaintiff MICHAEL ASCARIE

12

13

14 DATED: May ___, 2013

LAFAYETTE & KUMAGAI LLP

15

16 _____
GARY T. LAFAYETTE
JESPER I. RASMUSSEN
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY

17

18

19

20 **ORDER**

21 Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be,

22 and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys'

23 fees and costs.

24

25 Dated: _____, 2013

_____
THE HONORABLE JUDGE JEFFERY S. WHITE
UNITED STATES DISTRICT COURT

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1  entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
2  All parties are to bear their own attorneys' fees and costs.

4  DATED: May 6, 2013                *[signature] I end this nightmare Thanks Jesper & Gary*
                                      Plaintiff MAHMOUD ASCARIE

6  DATED: May ___, 2013
                                      Plaintiff SHADI ASCARIE

9  DATED: May 6, 2013
                                      Plaintiff SHAYON ASCARIE

11 DATED: May 6, 2013                 *[signature]*
                                      Plaintiff MICHAEL ASCARIE

14 DATED: May 17, 2013                LAFAYETTE & KUMAGAI LLP

                                      *[signature]*
                                      GARY T. LAFAYETTE
                                      JESPER I. RASMUSSEN
                                      Attorneys for Defendant
                                      NATIONWIDE MUTUAL INSURANCE
                                      COMPANY

## ORDER

Pursuant to the stipulation of all parties, IT IS HEREBY ORDERED THAT this case be, and hereby is, dismissed with prejudice in its entirety, all parties are to bear their own attorneys' fees and costs.

Dated: May 17, 2013                   *[signature]*
                                      THE HONORABLE JUDGE JEFFERY S. WHITE
                                      UNITED STATES DISTRICT COURT

*[Left margin: LAFAYETTE & KUMAGAI LLP, ATTORNEYS AT LAW, 100 SPEAR STREET, SUITE 600, SAN FRANCISCO, CALIFORNIA 94105, (415) 357-4600, FAX (415) 357-4605]*