IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYON ASCARIE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 12-01572 JSW<br><br>**ORDER RE LETTER FROM PLAINTIFF MAHMOUD ASCARIE AND SETTING BRIEFING SCHEDULE ON SAME**<br><br>**(Docket No. 85)** |

On July 17, 2013, the Court received a letter from Plaintiff Mahmoud Ascarie that, given Mr. Ascarie's *pro se* status, the Court shall liberally construe as a motion to vacate the dismissal entered in this case on May 17, 2013.

It is HEREBY ORDERED that Defendant shall file a response to the motion to vacate by no later than August 16, 2013. Mr. Ascarie may file a reply brief by no later than August 30, 2013. The Court shall resolve the matter on the papers, unless it determines that a hearing is necessary.

The Court also advises Mr. Ascarie that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Mr. Ascarie that he also may wish to seek assistance from the Legal Help Center. Mr. Ascarie may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment

//

//

with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: July 31, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASCARIE ET AL et al, | Case Number: CV12-01572 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mahmoud Ascarie
Michael Ascarie
Sharon Ascarie
1000 Empey Way
San Jose, CA 95128

Shadi Ascarie
12236 NE 131 St. Way
Apt. B302
Kirkland, WA 98034

Dated: July 31, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk